In the Matter of the Probate of the Will of ARTHUR J. BEATTY, Deceased. GEORGE A. BEATTY, Respondent; EILEEN B. WESTFIELD, Appellant.

Argued January 9, 1956; decided February 9, 1956.

*Thomas H. McManus* for appellant.

*Thomas Grimes* and *Frederick A. Keck* for respondent.

Order affirmed, with costs to respondent payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.